KEKER & VAN NEST, LLP
ROBERT A. VAN NEST - #84065
ASIM M. BHANSALI - #194925
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
E-mail: efiling@kvn.com

Attorneys for Defendants
TOMOAKI HINOHARA, RYAN D. DRANT,
JEFFREY B. CHILD, JOHN B. SIMPSON,
SANFORD FITCH, MYRTLE S. POTTER,
FOXHOLLOW TECHNOLOGIES, INC.

*APPROVED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEO J. BIERMANN, Derivatively on Behalf of FOXHOLLOW TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOMOAKI HINOHARA, RYAN D. DRANT, JEFFREY B. CHILD, JOHN B. SIMPSON, SANFORD FITCH, MYRTLE S. POTTER, FOXHOLLOW TECHNOLOGIES, INC., <br><br> Defendants | Case No. C-06-4908 JW RS <br><br> **STIPULATION EXTENDING DEFENDANTS' DEADLINE FOR RESPONDING TO COMPLAINT** <br><br> Date Comp. Filed: August 14, 2006 |

1    **WHEREAS,** pursuant to Local Rule 6-1(a) of the Civil Local Rules for the United States
2  District Court for the Northern District of California the parties "may stipulate in writing,
3  without a Court order, to extend the time within which to answer or otherwise respond to the
4  complaint;" and

5    **WHEREAS,** a related securities fraud action, Kovarik v. Foxhollow Technologies, Inc.
6  et al., No. C-06-4595-PJH ("Kovarik Action"), is currently pending in this Court; and

7    **WHEREAS**, the parties in the Kovarik Action have stipulated that Defendants are not
8  required to respond until 60 days after (1) the consolidated amended complaint is filed; or (2)
9  Plaintiff indicates in writing an intent not to file a consolidated amended complaint; and

10   **WHEREAS**, the parties in this action have met and conferred and agree that it is in their
11  mutual interest to extend the defendants' time within which to answer or otherwise respond to
12  the complaint; and

13   **WHEREAS**, this extension of time to respond will not prejudice any party, will not
14  cause undue delay, and will not affect any schedule already entered by the Court; and

15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

**IT IS THEREFORE STIPULATED THAT:**

1. Defendants TOMOAKI HINOHARA, RYAN D. DRANT, JEFFREY B. CHILD, JOHN B. SIMPSON, SANFORD FITCH, and MYRTLE S. POTTER acknowledge receipt of the complaint and waive service of summons and by the authorized signature of counsel below, enter their appearance in this action; and

2. Defendants shall not be required to answer or otherwise move in response to the complaint in this action, or any complaint that is consolidated with this action, until the later of either (a) 30 days after an amended consolidated complaint is filed in Kovarik Action or 30 days after the plaintiff in the Kovarik Action indicates in writing that it does not intend to file an amended complaint; or (b) 30 days after plaintiff in this action files an amended complaint.

Dated:  September 5, 2006.          KEKER & VAN NEST, LLP


By:  /s/_____
ROBERT VAN NEST
Attorneys for Defendants
TOMOAKI HINOHARA, RYAN D. DRANT,
JEFFREY B. CHILD, JOHN B. SIMPSON,
SANFORD FITCH, MYRTLE S. POTTER,
FOXHOLLOW TECHNOLOGIES, INC.

Dated:  September 5, 2006.          GREEN WELLING LLP


By:  /s/_____
ROBERT S. GREEN
ELIZABETH C. GUARNIERI
595 Market Street, Suite 2750
San Francisco, CA  94105
Telephone:  (415) 477-6700
Facsimile:  (415) 477-6710
cand.uscourts@classcounsel.com

2
STIPULATION EXTENDING DEFENDANTS' DEADLINE FOR RESPONDING TO COMPLAINT
CASE NO. C-06-4908 JW RS

379888.01

| | |
|---|---|
| 1 | FEDERMAN & SHERWOOD |
| 2 | WILLIAM B. FEDERMAN |
|   | 10205 N. Pennsylvania |
| 3 | Oklahoma City, OK  73120 |
|   | Telephone:  (405) 235-1560 |
| 4 | Facsimile:  (405) 239-2112 |
|   | wfederman@aol.com |
| 5 | |
|   | Attorneys for Plaintiff |
| 6 | LEO J. BIERMANN, Derivatively on Behalf of |
|   | FOXHOLLOW TECHNOLOGIES, INC |