1  KEKER & VAN NEST, LLP
   ROBERT A. VAN NEST - #84065
2  ASIM M. BHANSALI - #194925
   PAULA L. BLIZZARD - #207920
3  BROOK DOOLEY - #230423
   710 Sansome Street
4  San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
5  Facsimile: (415) 397-7188
   E-mail: efiling@kvn.com
6
   Attorneys for Defendants
7  TOMOAKI HINOHARA, RYAN D. DRANT,
   JEFFREY B. CHILD, JOHN B. SIMPSON,
8  SANFORD FITCH, MYRTLE S. POTTER,
   FOXHOLLOW TECHNOLOGIES, INC.
9

10                 UNITED STATES DISTRICT COURT
11                 NORTHERN DISTRICT OF CALIFORNIA
12                        SAN JOSE DIVISION
13

14 | LEO J. BIERMANN, Derivatively on Behalf of FOXHOLLOW TECHNOLOGIES, INC., | Case No. C-06-4908 JW RS
15 |                                              | **STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE AND CONTINUING DATE OF CASE MANAGEMENT CONFERENCE**
16 | Plaintiff,                                   |
17 | v.                                           |
18 | TOMOAKI HINOHARA, RYAN D. DRANT, JEFFREY B. CHILD, JOHN B. SIMPSON, SANFORD FITCH, MYRTLE S. POTTER, FOXHOLLOW TECHNOLOGIES, INC., | Date Comp. Filed:  August 14, 2006
19 |                                              |
20 | Defendants                                   |

21
22
23
24
25
26
27
28

**WHEREAS**, a related consolidated securities fraud action, *In re FoxHollow Technologies, Inc. Securities Litigation*, Master File No. 06-4595-PJH, is currently pending in this Court; and

**WHEREAS**, the Plaintiffs in that related consolidated securities action intend to file an amended complaint on or about December 15, 2006; and

**WHEREAS**, the parties in this action have previously filed one stipulation extending the time for Defendants' to respond to the complaint until after an amended complaint was filed; and

**WHEREAS**, the parties in this action have met and conferred and agree that it is in their mutual interest to set a schedule for Plaintiff to file an amended complaint, for Defendants' response to the complaint, for briefing if a motion to dismiss is filed, and to continue the date for the Case Management Conference;

**WHEREAS**, the Case Management Conference for this action is currently set for November 27, 2006; and

**WHEREAS**, the proposed schedule and continuance will not prejudice any party and will not cause undue delay;

**IT IS THEREFORE STIPULATED THAT:**

(1) Plaintiff will file an amended complaint no later than January 5, 2006;

(2) Defendants shall either file an Answer or other responsive pleading within 60 days of the filing of Plaintiff's amended complaint;

(3) If the Defendants file a motion to dismiss as their responsive pleading,

    (a) Plaintiff shall file its opposition thereto within 60 days of service of Defendants' motion to dismiss;

    (b) Defendants shall file any reply thereto within 30 days of service of Plaintiff's opposition;

    (c) The Case Management Conference shall be continued until 30 days after the Court's ruling on the motion to dismiss;

//

//

1  (4) If the Defendants file an Answer as their responsive pleading, the Case Management
2  Conference shall be heard on Monday, April 9, 2007 at 10:00 a.m..

3  Dated: November 7, 2006.                KEKER & VAN NEST, LLP

By: /s/ Paula L. Blizzard

PAULA L. BLIZZARD
Attorneys for Defendants
TOMOAKI HINOHARA, RYAN D. DRANT,
JEFFREY B. CHILD, JOHN B. SIMPSON,
SANFORD FITCH, MYRTLE S. POTTER,
FOXHOLLOW TECHNOLOGIES, INC.

Dated: November 3, 2006.                GREEN WELLING LLP

By: /s/ Robert S. Green

ROBERT S. GREEN
ELIZABETH C. GUARNIERI
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710
cand.uscourts@classcounsel.com

FEDERMAN & SHERWOOD
WILLIAM B. FEDERMAN
10205 N. Pennsylvania
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
wfederman@aol.com

Attorneys for Plaintiff
LEO J. BIERMANN, Derivatively on Behalf of
FOXHOLLOW TECHNOLOGIES, INC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 08, 2006.

/s/ James Ware
JUDGE JAMES WARE

2
STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE AND CONTINUING CASE
MANAGEMENT CONFERENCE
CASE NO. C-06-4908 JW RS

383644.01