IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Leo Biermann,<br>Derivatively on behalf of Foxhollow<br>Technologies, Inc.,<br><br>       Plaintiff,<br>  v.<br><br>Tomoaki Hinohara, et al.,<br><br>       Defendants._____ / | NO. C 06-04908 JW<br><br>**ORDER CONTINUING CASE<br>MANAGEMENT CONFERENCE** |

    The Court continues the case management conference presently scheduled for April 9, 2007 to **August 6, 2007 at 10 a.m.** to coincide with the hearing on Defendants' motion to dismiss set on the same day for the 9 a.m. calendar. Pursuant to the Civil Local Rules of the Court, the parties shall file a joint case management conference statement ten (10) days before the date of the conference.

Dated:  April 3, 2007

                                    JAMES WARE<br>                                    United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Asim M. Bhansali amb@kvn.com
Brook Dooley bxd@kvn.com
Elizabeth C Guarnieri ecg@classcounsel.com
Paula Lenore Blizzard plb@kvn.com
Robert S. Green RSG@CLASSCOUNSEL.COM
William B. Federman wfederman@aol.com

**Dated:  April 3, 2007**                                  **Richard W. Wieking, Clerk**

                                              **By:     /s/ JW Chambers**
                                                     **Elizabeth Garcia**
                                                     **Courtroom Deputy**

**United States District Court**
For the Northern District of California