Robert S. Green (State Bar No. 136183)
**GREEN WELLING LLP**
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710
cand.uscourts@classcounsel.com

William B. Federman
**FEDERMAN & SHERWOOD**
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
wfederman@aol.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| LEO J. BIERMANN and ANDREW I. SMITH, Derivatively on Behalf of FOXHOLLOW TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TOMOAKI HINOHARA, RYAN D. DRANT, JEFFREY B. CHILD, JOHN B. SIMPSON, SANFORD FITCH, ROBERT W. THOMAS, RICHARD M. FERRAI AND MYRTLE S. POTT <br><br> Defendants, <br><br> and <br><br> FOXHOLLOW TECHNOLOGIES, INC., <br><br> Nominal Defendant. | Case No. C-06-4908 JW RS <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR OPPOSITION, REPLY, AND HEARING ON MOTION TO DISMISS** |

1  WHEREAS, the parties stipulated to a briefing schedule entered by the Court on November 8, 2006, providing that, among other things, Plaintiffs will file an amended complaint no later than January 5, 2007, Defendants shall file an Answer or other responsive leading within 60 days of the filing of Plaintiffs' amended complaint; if the Defendants file a motion to dismiss, Plaintiffs shall file its opposition thereto within 60 days of service of Defendants' motion to dismiss; Defendants shall file any reply thereto within 30 days after the service of Plaintiffs' opposition; and the Case Management Conference shall be continued until 30 days after the Court's ruling on the motion to dismiss;

WHEREAS Plaintiffs filed an Amended Complaint on January 5, 2007;

WHEREAS Defendants filed a Motion to Dismiss on March 6, 2007;

WHEREAS Plaintiffs' opposition to Defendants' Motion to Dismiss is currently due May 7, 2007;

WHEREAS Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to dismiss is currently due June 6, 2007;

WHEREAS the hearing on Defendants' Motion to Dismiss is currently set to be heard on August 6, 2007;

**WHEREAS**, the parties in this action have met and conferred and agree that it is in their mutual interest to extend the time for the Plaintiffs' to file their Opposition to Defendants' Motion to Dismiss, to extend the time for Plaintiffs' to file their Reply to Plaintiffs' Opposition, and to extend the time for the hearing on Defendants' Motion to Dismiss;

WHEREAS, the proposed modifications to the briefing and hearing schedule will not prejudice any party and will not cause undue delay;

IT IS THEREFORE STIPULATED THAT:

1. Plaintiffs will file their Opposition to Defendants Motion to Dismiss on or before June 11, 2007;

2. Defendants will file their Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss on or before July 11, 2007;

3. Defendants' Motion to Dismiss shall be heard on September 10, 2007; and

4. The Case Management Conference shall be postponed until 30 days after the Court's ruling on the Defendants' Motion to Dismiss.

DATED: May 4, 2007                    KEKER & VAN NEST, LLP

                                      By:  /s/
                                           Brook Dooley

                                      Attorneys for Defendants


DATED: May 4, 2007                    GREEN WELLING LLP

                                      By:  /s/
                                           Robert S. Green

                                      FEDERMAN & SHERWOOD
                                      William B. Federman

                                      Attorneys for Plaintiffs

### **GENERAL ORDER 45(X)**

I, Robert S. Green, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order. In compliance with General Order 45 (X)(B), I hereby attest that Brook Dooley concurred in this filing.

Dated: May 4, 2007                    By:  /s/
                                           Robert S. Green


### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May __7__, 2007                _____
                                      THE HONORABLE JAMES WARE
                                      UNITED STATES DISTRICT JUDGE