1  Robert S. Green  (State Bar No. 136183)
   **GREEN WELLING LLP**
2  595 Market St., Suite 2750
   San Francisco, CA  94105
3  Telephone: (415) 477-6700
4  Facsimile:  (415) 477-6710
   cand.uscourts@classcounsel.com
5
   William B. Federman
6  **FEDERMAN & SHERWOOD**
7  10205 North Pennsylvania Avenue
   Oklahoma City, OK   73120
8  Telephone: (405) 235-1560
   Facsimile: (405) 239-2112
9
   Attorneys for Plaintiffs
10

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| LEO J. BIERMANN and ANDREW I. SMITH, Derivatively on Behalf of FOXHOLLOW TECHNOLOGIES, INC., | |
| | Case No. C-06-4908 JW RS |
| Plaintiffs, | |
| v. | |
| TOMOAKI HINOHARA, RYAN D. DRANT, JEFFREY B. CHILD, JOHN B. SIMPSON, SANFORD FITCH, ROBERT W. THOMAS, RICHARD M. FERRAI AND MYRTLE S. POTT | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR OPPOSITION, REPLY, AND HEARING ON MOTION TO DISMISS** |
| Defendants, | |
| and | |
| FOXHOLLOW TECHNOLOGIES, INC., | |
| Nominal Defendant. | |

1  WHEREAS, the parties stipulated to a briefing schedule entered by the Court on November 8, 2006, providing that, among other things, Plaintiffs will file an amended complaint no later than January 5, 2007, Defendants shall file an Answer or other responsive leading within 60 days of the filing of Plaintiffs' amended complaint; if the Defendants file a motion to dismiss, Plaintiffs shall file its opposition thereto within 60 days of service of Defendants' motion to dismiss; Defendants shall file any reply thereto within 30 days after the service of Plaintiffs' opposition; and the Case Management Conference shall be continued until 30 days after the Court's ruling on the motion to dismiss;

WHEREAS Plaintiffs filed an Amended Complaint on January 5, 2007;

WHEREAS Defendants filed a Motion to Dismiss on March 6, 2007;

WHEREAS, the parties stipulated to a briefing schedule entered by the Court on May 7, 2007 providing that, among other things, Plaintiffs shall file their Opposition to Defendants' Motion to Dismiss on or before June 11, 2007; Defendants shall file any reply thereto on or before July 11, 2007; Defendants' Motion to Dismiss shall be heard on September 10, 2007; and the Case Management Conference shall be postponed until thirty days after the Court's ruling on the Defendants' Motion to Dismiss

**WHEREAS**, the parties in this action have met and conferred and agree that it is in their mutual interest to extend the time for the Plaintiffs' to file their Opposition to Defendants' Motion to Dismiss, to extend the time for Defendants to file their Reply to Plaintiffs' Opposition, and to extend the time for the hearing on Defendants' Motion to Dismiss;

WHEREAS, the proposed modifications to the briefing and hearing schedule will not prejudice any party and will not cause undue delay;

IT IS THEREFORE STIPULATED THAT:

1. Plaintiffs will file their Opposition to Defendants Motion to Dismiss on or before July 25, 2007;

2. Defendants will file their Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss on or before August 24, 2007;

1    3. Defendants' Motion to Dismiss shall be heard on October 15, 2007 at 9:00 AM

2    4. The Case Management Conference shall be postponed until 30 days after the Court's ruling on the Defendants' Motion to Dismiss.

DATED:  June 8, 2007               KEKER & VAN NEST, LLP

                                   By   /s/
                                        Brook Dooley

                                   Attorneys for Defendants


DATED:  June 8, 2007               GREEN WELLING LLP

                                   By   /s/
                                        Robert S. Green


                                   FEDERMAN & SHERWOOD
                                   William B. Federman

                                   Attorneys for Plaintiffs

**<u>GENERAL ORDER 45(X)</u>**

I, Robert S. Green, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order. In compliance with General Order 45 (X)(B), I hereby attest that Brook Dooley concurred in this filing.


DATED:  June 8, 2007               By   /s/
                                        Robert S. Green



**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.   The Hearing on Motion to Dismiss shall be heard on October 15, 2007 at 9:00 AM

DATED:  June  11 , 2007            _____
                                   THE HONORABLE JAMES WARE
                                   UNITED STATES DISTRICT JUDGE

STIP AND [PROP] ORDER EXTENDING TIME FOR OPP, REPLY, AND HEARING ON MTD
Case No. C-06-4908 JW RS                                                    2