Robert S. Green (State Bar No. 136183)
**GREEN WELLING LLP**
595 Market St., Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710
cand.uscourts@classcounsel.com

William B. Federman
**FEDERMAN & SHERWOOD**
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| LEO J. BIERMANN and ANDREW I. SMITH, Derivatively on Behalf of FOXHOLLOW TECHNOLOGIES, INC., <br><br>Plaintiffs,<br><br>v.<br><br>TOMOAKI HINOHARA, RYAN D. DRANT, JEFFREY B. CHILD, JOHN B. SIMPSON, SANFORD FITCH, ROBERT W. THOMAS, RICHARD M. FERRAI AND MYRTLE S. POTTER<br><br>Defendants,<br><br>and<br><br>FOXHOLLOW TECHNOLOGIES, INC.,<br><br>Nominal Defendant. | **Case No. C-06-4908 JW RS**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFFS' OPPOSITION AND DEFENDANTS' REPLY** |

1  WHEREAS, the parties stipulated to a briefing schedule entered by the Court on
2  November 8, 2006, providing that, among other things, Plaintiffs will file an amended complaint
3  no later than January 5, 2007, Defendants shall file an Answer or other responsive pleading
4  within 60 days of the filing of Plaintiffs' amended complaint; if the Defendants file a motion to
5  dismiss, Plaintiffs shall file its opposition thereto within 60 days of service of Defendants'
6  motion to dismiss; Defendants shall file any reply thereto within 30 days after the service of
7  Plaintiffs' opposition; and the Case Management Conference shall be continued until 30 days
8  after the Court's ruling on the motion to dismiss;

9  WHEREAS Plaintiffs filed an Amended Complaint on January 5, 2007;

10  WHEREAS Defendants filed a Motion to Dismiss on March 6, 2007;

11  WHEREAS, the parties stipulated to a briefing schedule entered by the Court on May 7,
12  2007 providing that, among other things, Plaintiffs shall file their Opposition to Defendants'
13  Motion to Dismiss on or before June 11, 2007; Defendants shall file any reply thereto on or
14  before July 11, 2007; Defendants' Motion to Dismiss shall be heard on September 10, 2007; and
15  the Case Management Conference shall be postponed until thirty days after the Court's ruling on
16  the Defendants' Motion to Dismiss;

17  WHEREAS, the parties stipulated to a briefing schedule entered by the Court on June 11,
18  2007 providing that, among other things, Plaintiffs shall file their Opposition to Defendants'
19  Motion to Dismiss on or before July 25, 2007; Defendants' will file their Reply to Plaintiffs'
20  Opposition to Defendants' Motion to Dismiss on or before August 24, 2007; Defendants' Motion
21  to Dismiss shall be heard on October 15, 2007 at 9:00am; and the Case Management Conference
22  shall be postponed until thirty days after the Court's ruling on the Defendants' Motion to
23  Dismiss;

24  WHEREAS, the parties in this action have met and conferred and agree that it is in their
25  mutual interest to extend the time for the Plaintiffs' to file their Opposition to Defendants'
26  Motion to Dismiss and to extend the time for Defendants to file their Reply to Plaintiffs'
27  Opposition;

28

WHEREAS, the proposed modifications to the briefing schedule will not prejudice any party, will not change the Court's hearing date and will not cause undue delay;

IT IS THEREFORE STIPULATED THAT:

1. Plaintiffs will file their Opposition to Defendants Motion to Dismiss on or before September 4, 2007;

2. Defendants will file their Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss on or before October 1, 2007;

3. Defendants' Motion to Dismiss shall be heard on October 15, 2007 at 9:00am; and

4. The Case Management Conference shall be postponed until 30 days after the Court's ruling on the Defendants' Motion to Dismiss.

DATED: July 25, 2007              KEKER & VAN NEST, LLP

                                  By  /s/
                                      Paula L. Blizzard

                                  Attorneys for Defendants


DATED: July 25, 2007              GREEN WELLING LLP

                                  By  /s/
                                      Robert S. Green

                                  FEDERMAN & SHERWOOD
                                  William B. Federman

                                  Attorneys for Plaintiffs

**GENERAL ORDER 45(X)**

I, Robert S. Green, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order. In compliance with General Order 45 (X)(B), I hereby attest that Paula L. Blizzard concurred in this filing.

DATED: July 25, 2007                                    /s/
                                                   Robert S. Green

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July __26__, 2007                    _____
                                            THE HONORABLE JAMES WARE
                                            UNITED STATES DISTRICT JUDGE

STIP AND [PROPOSED] ORDER EXTENDING TIME FOR PLFS' OPPOSITION AND DEFS' REPLY
Case No. C-06-4908 JW RS                                                      3