GREEN WELLING, LLP
Robert S. Green
Charles D. Marshall
595 Market St., Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

FEDERMAN & SHERWOOD
William B. Federman
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| LEO J. BIERMANN and ANDREW I. SMITH, Derivatively on Behalf of FOXHOLLOW TECHNOLOGIES, INC., <br><br>Plaintiffs,<br><br>v.<br><br>TOMOAKI HINOHARA, RYAN D. DRANT, JEFFREY B. CHILD, JOHN B. SIMPSON, SANFORD FITCH, ROBERT W. THOMAS, RICHARD M. FERRAI AND MYRTLE S. POTTER<br><br>Defendants,<br><br>and<br><br>FOXHOLLOW TECHNOLOGIES, INC.,<br><br>Nominal Defendant. | Case No. C-06-4908 JW RS<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFFS' OPPOSITION, REPLY AND HEARING ON MOTION TO DISMISS |

Stipulation and [Proposed] Order Extending 1
Time for Opposition, Reply and Hearing on Motion to Dismiss

WHEREAS, the parties stipulated to a briefing schedule entered by the Court on November 8, 2006, providing that, among other things, Plaintiffs will file an amended complaint no later than January 5, 2007, Defendants shall file an Answer or other responsive pleading within 60 days of the filing of Plaintiffs' amended complaint; if the Defendants file a motion to dismiss, Plaintiffs shall file its opposition thereto within 60 days of service of Defendants' motion to dismiss; Defendants shall file any reply thereto within 30 days after the service of Plaintiffs' opposition; and the Case Management Conference shall be continued until 30 days after the Court's ruling on the motion to dismiss;

WHEREAS Plaintiffs filed an Amended Complaint on January 5, 2007;

WHEREAS Defendants filed a Motion to Dismiss on March 6, 2007;

WHEREAS, the parties stipulated to a briefing schedule entered by the Court on May 7, 2007 providing that, among other things, Plaintiffs shall file their Opposition to Defendants' Motion to Dismiss on or before June 11, 2007; Defendants shall file any reply thereto on or before July 11, 2007; Defendants' Motion to Dismiss shall be heard on September 10, 2007; and the Case Management Conference shall be postponed until thirty days after the Court's ruling on the Defendants' Motion to Dismiss;

WHEREAS, the parties stipulated to a briefing schedule entered by the Court on June 11, 2007 providing that, among other things, Plaintiffs shall file their Opposition to Defendants' Motion to Dismiss on or before July 25, 2007; Defendants' will file their Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss on or before August 24, 2007; Defendants' Motion to Dismiss shall be heard on October 15, 2007 at 9:00am; and the Case Management Conference shall be postponed until thirty days after the Court's ruling on the Defendants' Motion to Dismiss;

WHEREAS, the parties stipulated to a briefing schedule entered by the Court on July 26, 2007 providing that, among other things, Plaintiffs shall file their Opposition to Defendants' Motion

to Dismiss on or before September 4, 2007; Defendants will file their Reply to Plaintiffs' Opposition to Defendants Motion to Dismiss on or before October 1, 2007; Defendants Motion to Dismiss shall be heard on October 15, 2007 at 9:00am; and the Case Management Conference shall be postponed until thirty days after the Court's ruling on the Defendants' Motion to Dismiss;

WHEREAS, the parties in this action have met and conferred and agree that it is in their mutual interest to extend the time for the Plaintiffs' to file their Opposition to Defendants' Motion to Dismiss and to extend the time for Defendants to file their Reply to Plaintiffs' Opposition, and to extend the time for the hearing on Defendants' Motion to Dismiss;

WHEREAS, the proposed modifications to the briefing schedule will not prejudice any party and will not cause undue delay;

IT IS THEREFORE STIPULATED THAT:

1. Plaintiffs will file their Opposition to Defendants Motion to Dismiss on or before October 29, 2007;

2. Defendants will file their Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss on or before November 19, 2007;

3. Defendants' Motion to Dismiss shall be heard on December 10, 2007 at 9:00am; and

4. The Case Management Conference shall be postponed until 30 days after the Court's ruling on the Defendants' Motion to Dismiss.

DATED: September 7, 2007        KEKER & VAN NEST, LLP

By _____
Paula L. Blizzard
Attorneys for Defendants

Stipulation and [Proposed] Order Extending    3
Time for Opposition, Reply and Hearing on Motion to Dismiss

1  DATED: September __, 2007            GREEN WELLING, LLP

                                        By  /s/
                                        _____
                                        Charles D. Marshall

                                        FEDERMAN & SHERWOOD
                                        William B. Federman

                                        Attorneys for Plaintiffs

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September __5__, 2007

                                        /s/ James Ware
                                        _____
                                        THE HONORABLE JAMES WARE
                                        UNITED STATES DISTRICT JUDGE

Stipulation and [Proposed] Order Extending 4
Time for Opposition, Reply and Hearing on Motion to Dismiss