1  GREEN WELLING, LLP
   Robert S. Green, Esq. (SBN 136183)
2  Charles D. Marshall, Esq. (SBN 236444)
3  595 Market St., Suite 2750
   San Francisco, CA 94105
4  Telephone: (415) 477-6700
   Facsimile: (415) 477-6710
5
6  FEDERMAN & SHERWOOD
   William B. Federman, Esq. (Admitted *Pro Hac Vice*)
7  10205 North Pennsylvania Avenue
   Oklahoma City, OK 73120
8  Telephone: (405) 235-1560
   Facsimile: (405) 239-2112
9
10 Attorneys for Plaintiffs

**DENIED**
*James Ware*
Judge James Ware

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| LEO J. BIERMANN and ANDREW I. SMITH, Derivatively on Behalf of FOXHOLLOW TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TOMOAKI HINOHARA, RYAN D. DRANT, JEFFREY B. CHILD, JOHN B. SIMPSON, SANFORD FITCH, ROBERT W. THOMAS, RICHARD M. FERRAI AND MYRTLE S. POTTER <br><br> Defendants, <br><br> and <br><br> FOXHOLLOW TECHNOLOGIES, INC., <br><br> Nominal Defendant. | Case No. C-06-4908 JW RS <br><br> **ORDER DENYING STIPULATION STAYING DERIVATIVE ACTION** |

**Stipulation and [Proposed] Order Staying**         1
**Derivative Action**

1  WHEREAS, the parties stipulated to a briefing schedule entered by the Court on November 8, 2006, providing that, among other things, Plaintiffs would file an amended complaint no later than January 5, 2007, Defendants would file an Answer or other responsive pleading within 60 days of the filing of Plaintiffs' amended complaint; if the Defendants file a motion to dismiss, Plaintiffs would file its opposition thereto within 60 days of service of Defendants' motion to dismiss; Defendants would file any reply thereto within 30 days after the service of Plaintiffs' opposition; and the Case Management Conference should be continued until 30 days after the Court's ruling on the motion to dismiss;

WHEREAS Plaintiffs filed an Amended Complaint on January 5, 2007;

WHEREAS Defendants filed a Motion to Dismiss on March 6, 2007;

WHEREAS, the parties stipulated to a briefing schedule entered by the Court on May 7, 2007 providing that, among other things, Plaintiffs would file their Opposition to Defendants' Motion to Dismiss on or before June 11, 2007; Defendants would file any reply thereto on or before July 11, 2007; Defendants' Motion to Dismiss would be heard on September 10, 2007; and the Case Management Conference would be postponed until thirty days after the Court's ruling on the Defendants' Motion to Dismiss;

WHEREAS, the parties stipulated to a briefing schedule entered by the Court on June 11, 2007 providing that, among other things, Plaintiffs would file their Opposition to Defendants' Motion to Dismiss on or before July 25, 2007; Defendants' would file their Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss on or before August 24, 2007; Defendants' Motion to Dismiss would be heard on October 15, 2007 at 9:00am; and the Case Management Conference would be postponed until thirty days after the Court's ruling on the Defendants' Motion to Dismiss;

WHEREAS, the parties stipulated to a briefing schedule entered by the Court on July 26, 2007 providing that, among other things, Plaintiffs would file their Opposition to Defendants'

**Stipulation and [Proposed] Order Staying Derivative Action**   2

Motion to Dismiss on or before September 4, 2007; Defendants would file their Reply to Plaintiffs' Opposition to Defendants Motion to Dismiss on or before October 1, 2007; Defendants Motion to Dismiss would be heard on October 15, 2007 at 9:00am; and the Case Management Conference would be postponed until thirty days after the Court's ruling on the Defendants' Motion to Dismiss;

WHEREAS, the parties stipulated to a briefing schedule entered by the Court on September 5, 2007 providing that, among other things, Plaintiffs shall file their Opposition to Defendants' Motion to Dismiss on or before October 29, 2007; Defendants will file their Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss on or before November 19, 2007; Defendants' Motion to Dismiss shall be heard on December 10, 2007 at 9:00am; and the Case Management Conference shall be postponed until thirty days after the Court's ruling on the Defendants' Motion to Dismiss;

WHEREAS, pending before this Court is a parallel securities class action, *In Re FoxHollow Technologies Inc. Securities Litigation*, Master File No. C-06-4595-PJH. On September 10, 2007, this Court entered an Order granting defendants' motion to dismiss without prejudice.  Class plaintiffs were granted leave to amend and may file a first amended complaint on or before October 19, 2007.  Defendants may file any response thereto on or before November 19, 2007.

WHEREAS, the parties in this action have met and conferred and agree that to conserve the resources of the Court and the parties, it will be most efficient to defer all proceedings in this action and to continue all responsive dates pending this Court's ruling on Defendants' motion to dismiss the first amended complaint in the parallel securities class action;

WHEREAS, by entering into this stipulation, the parties do not waive any of their rights not specifically addressed herein;

IT IS THEREFORE STIPULATED by and between the parties, through their respective counsel of record:

**Stipulation and [Proposed] Order Staying Derivative Action**   3

1. All proceedings in this action are deferred, and all responsive dates continued, pending the ruling by this Court on the defendants' motion to dismiss plaintiffs' first amended complaint in the parallel securities case or until fifteen (15) days notice from any party or by Court order terminating the stay; and

2. Upon expiration of the stay, the parties shall meet and confer regarding scheduling a case management conference and related issues.

DATED:  October 23, 2007			KEKER & VAN NEST, LLP


					By ___/s/ Paula L. Blizzard_____
					     Paula L. Blizzard, Esq.

					     Attorneys for Defendants


DATED:  October 23, 2007			GREEN WELLING, LLP


					By ___/s/ Charles D. Marshall_____
					     Charles D. Marshall, Esq.

					     FEDERMAN & SHERWOOD
					     William B. Federman, Esq.

					     Attorneys for Plaintiffs

**Stipulation and [Proposed] Order Staying Derivative Action**          4

**ORDER**

The Court DENIES the parties' Stipulation as the parties have been filing continuous Stipulations since the Court's November 8, 2006 original briefing scheduling Order.  The Court invites the parties in for a Case Management Conference on **November 13, 2007 at 11 A.M.** The parties shall meet and confer and file a Joint Case Management Statement by **November 2, 2007.**

Defendants' Motion to Dismiss is deemed as withdrawn from the Court's calendar.

Dated:  October 26, 2007

_____
JAMES WARE
United Sates District Judge