KEKER & VAN NEST, LLP
ROBERT A. VAN NEST - #84065
PAULA L. BLIZZARD - #207920
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendants
TOMOAKI HINOHARA, RYAN D. DRANT,
JEFFREY B. CHILD, JOHN B. SIMPSON,
SANFORD FITCH, MYRTLE S. POTTER,
ROBERT W. THOMAS, RICHARD M. FERRARI,
and FOXHOLLOW TECHNOLOGIES, INC.

Additional Counsel on Signature Page

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| LEO J. BIERMANN and ANDREW I. SMITH, derivatively on behalf of FOXHOLLOW TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TOMOAKI HINOHARA, RYAN D. DRANT, JEFFREY B. CHILD, JOHN B. SIMPSON, SANFORD FITCH, ROBERT W. THOMAS, RICHARD M. FERRARI, MYRTLE S. POTTER, and FOXHOLLOW TECHNOLOGIES, INC., <br><br> Defendants. | Case No. C-06-4908 JW RS <br><br> [~~PROPOSED~~] ORDER STAYING ACTION <br><br> Date Comp. Filed:   August 14, 2006 <br><br> Trial Date: |

[PROPOSED] ORDER
CASE NO. C-06-4908 JW RS

**[PROPOSED] ORDER**

WHEREAS, pending before this Court is a parallel securities class action, *In Re FoxHollow Technologies Inc. Securities Litigation*, Master File No. C-06-4595-PJH.  On September 10, 2007, this Court entered an Order in the securities class action granting defendants' motion to dismiss without prejudice.  Plaintiff filed an amended complaint in that action on October 19, 2007 and Defendants will file a motion to dismiss on or before November 8, 2007.

To conserve the resources of the Court and the parties:

1. All proceedings in this action are deferred, and all responsive dates continued, pending the ruling by this Court on the defendants' motion to dismiss plaintiffs' first amended complaint in the parallel securities case or until fifteen (15) days notice from any party or by Court order terminating the stay; and

2. Upon expiration of the stay, the parties shall meet and confer regarding scheduling a case management conference and related issues.

DATED:  November 2, 2007            KEKER & VAN NEST, LLP

                                    By _____
                                       Paula L. Blizzard, Esq.

                                    Attorneys for Defendants


DATED:  November 2, 2007            FEDERMAN & SHERWOOD

                                    By _____
                                       William B. Federman, Esq.

                                    GREEN WELLING, LLP

                                    Attorneys for Plaintiffs

1

[PROPOSED] ORDER
CASE NO. C-06-4908 JW RS

405713.01

**ORDER**

For good cause, the Court STAYS this action pending the resolution of Defendants' motion to dismiss Plaintiffs' amended complaint in the related action currently pending before Judge Hamilton.  See In Re FoxHollow Technologies Inc. Securities Litigation, No. C 06-4595-PJH.  The stay shall expire on **January 28, 2008.**

The Court sets a Status Conference for **January 28, 2008 at 10 AM.**  The parties shall file a Joint Status Statement on or before **January 18, 2008** informing the Court of the proceedings in C 06-4595-PJH.

The Court had previous withdrew from the Court's docket Defendants' motion to dismiss filed on March 6, 2007.  (See Docket Item No. 29.)

Dated:  November 9, 2007

_____
JAMES WARE
United States District Judge