KEKER & VAN NEST, LLP
ROBERT A. VAN NEST - #84065
PAULA L. BLIZZARD - #207920
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendants
TOMOAKI HINOHARA, RYAN D. DRANT,
JEFFREY B. CHILD, JOHN B. SIMPSON,
SANFORD FITCH, MYRTLE S. POTTER,
ROBERT W. THOMAS, RICHARD M. FERRARI,
and FOXHOLLOW TECHNOLOGIES, INC.

Additional Counsel on Signature Page

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEO J. BIERMANN and ANDREW I. SMITH, derivatively on behalf of FOXHOLLOW TECHNOLOGIES, INC., <br><br>                    Plaintiffs, <br><br>        v. <br><br> TOMOAKI HINOHARA, RYAN D. DRANT, JEFFREY B. CHILD, JOHN B. SIMPSON, SANFORD FITCH, ROBERT W. THOMAS, RICHARD M. FERRARI, MYRTLE S. POTTER, and FOXHOLLOW TECHNOLOGIES, INC., <br><br>                    Defendants. | Case No. C-06-4908 JW RS <br><br> **[PROPOSED] ORDER** <br><br> Date Comp. Filed:     August 14, 2006 |

[~~PROPOSED~~] ORDER

On November 9, 2007, the Court stayed this action pending the resolution of Defendants' motion to dismiss Plaintiffs' amended complaint in the related action currently pending before Judge Hamilton. See In Re FoxHollow Technologies Inc. Securities Litigation, No. C 06-4595-PJH. The Court extended the stay on January 22, 2008 based on proceedings in the related action. On March 4, 2008, the Court again extended the stay based on proceedings in the related action, and ordered that the stay shall expire on March 24, 2008 and set a Status Conference for March 24, 2008 at 10:00 am.

Whereas the hearing on Defendants' motion to dismiss Plaintiffs' amended complaint in No. C 06-4595-PJH occurred on January 23, 2008, but the Court has not yet ruled on that motion, the Court orders that the STAY in this proceeding be extended until April 7, 2008. The Court sets a status conference for April 7, 2008 at 10:00 am. The parties shall file a Joint Status Statement informing the Court of the proceedings in No. C 06-4595 PJH on or before March 27, 2008.

IT IS SO ORDERED.

DATED: March 19, 2008

_____
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE