1  KEKER & VAN NEST, LLP
   ROBERT A. VAN NEST - #84065
2  PAULA L. BLIZZARD - #207920
   710 Sansome Street
3  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
4  Facsimile:  (415) 397-7188

5  Attorneys for Defendants
   TOMOAKI HINOHARA, RYAN D. DRANT,
6  JEFFREY B. CHILD, JOHN B. SIMPSON,
   SANFORD FITCH, MYRTLE S. POTTER,
7  ROBERT W. THOMAS, RICHARD M. FERRARI,
   and FOXHOLLOW TECHNOLOGIES, INC.

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEO J. BIERMANN and ANDREW I. SMITH, derivatively on behalf of FOXHOLLOW TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TOMOAKI HINOHARA, RYAN D. DRANT, JEFFREY B. CHILD, JOHN B. SIMPSON, SANFORD FITCH, ROBERT W. THOMAS, RICHARD M. FERRARI, MYRTLE S. POTTER, and FOXHOLLOW TECHNOLOGIES, INC., <br><br> Defendants. | Case No. C-06-4908 JW RS <br><br> [~~PROPOSED~~] ORDER  AS MODIFIED <br><br> Date Comp. Filed:    August 14, 2006 <br><br> Trial Date: |

[PROPOSED] ORDER
CASE NO. C-06-4908 JW RS

|    |    |
|----|----|
| 1  | [~~PROPOSED~~] ORDER |
| 2  | On November 9, 2007, the Court stayed this action pending the resolution of Defendants' |
| 3  | motion to dismiss Plaintiffs' amended complaint in the related action currently pending before |
| 4  | Judge Hamilton.  See <u>In Re FoxHollow Technologies Inc. Securities Litigation</u>, No. C 06-4595- |
| 5  | PJH.  The Court extended the stay on January 22, March 4 and March 19, 2008 based on |
| 6  | proceedings in the related action.  On April 1, 2008, the Court again extended the stay based on |
| 7  | proceedings in the related action, and ordered that the stay shall expire on May 5, 2008 and set a |
| 8  | Status Conference for May 5, 2008 at 10:00 am. |
| 9  | Whereas the Plaintiffs have agreed that they will file a motion for voluntary dismissal |
| 10 | without prejudice pursuant to Fed. R. Civ. P. 41(a), the status conference set for May 5, 2008 |
| 11 | shall be taken off the calendar and any motion to dismiss shall be filed on or before May 9, 2008. |
| 12 | The Court sets a Status Conference for **May 19, 2008 at 10 a.m.**  The Status Conference will be automatically vacated if Plaintiffs' voluntary dismissal is on file on or before **May 9, 2008.**  If Plaintiffs fail to file the dismissal, the parties shall file a Joint Status Report on the same day to inform the Court of the status of the case. |
| 15 | DATED:  April 30, 2008 |
| 16 | _____ |
| 17 | THE HONORABLE JAMES WARE<br>UNITED STATES DISTRICT JUDGE |