KEKER & VAN NEST, LLP
ROBERT A. VAN NEST - #84065
PAULA L. BLIZZARD - #207920
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendants
TOMOAKI HINOHARA, RYAN D. DRANT,
JEFFREY B. CHILD, JOHN B. SIMPSON,
SANFORD FITCH, ROBERT W. THOMAS, RICHARD M.
FERRARI, MYRTLE S. POTTER, and FOXHOLLOW
TECHNOLOGIES, INC.

*IT IS SO ORDERED*
*James Ware*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEO J. BIERMANN and ANDREW I. SMITH, derivatively on behalf of FOXHOLLOW TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOMOAKI HINOHARA, RYAN D. DRANT, JEFFREY B. CHILD, JOHN B. SIMPSON, SANFORD FITCH, ROBERT W. THOMAS, RICHARD M. FERRARI, MYRTLE S. POTTER, and FOXHOLLOW TECHNOLOGIES, INC., <br><br> Defendants. | Case No. C-06-4908 JW RS <br><br> [P~~ROPOSE~~D] ORDER GRANTING PARTIES' JOINT MOTION FOR COURT APPROVAL OF PLAINTIFFS' REQUEST TO DISMISS ACTION <br><br> Date: May 19, 2008 <br> Time: 10:00 a.m. <br> Place: Courtroom 8, 4th Floor <br> Judge: Hon. James Ware <br><br> Trial Date: TBD |

[PROPOSED] ORDER GRANTING PARTIES' JOINT MOTION FOR COURT
APPROVAL OF PLAINTIFFS' REQUEST TO DISMISS ACTION
CASE NO. C-06-4908 JW RS

416464.02

1    Plaintiffs Leo Biermann and Andrew Smith and Defendants Tomoaki Hinohara, Ryan D.
2  Drant, Jeffrey B. Child, John B. Simpson, Sanford Fitch, Robert W. Thomas, Richard M. Ferrari,
3  Myrtle S. Potter, and FoxHollow Technologies, Inc. have jointly moved the Court to approve
4  Plaintiffs' request for voluntary dismissal of this action.  The Court, having considered the
5  motion and the record on file herein,

6    **HEREBY ORDERS** that the Parties' Joint Motion for Court Approval of Plaintiffs'
7  Request to Dismiss Action for Court Approval to Dismiss is **GRANTED**.  This action is
8  dismissed without prejudice.  In the interests of justice and for the reasons set forth in the
9  motion, notice to shareholders shall not be required.  The Court vacates the Status Conference set
10 for May 19, 2008 at 10 a.m.  Each party shall bear its own fees and costs incurred in the action.
11    The Court's decision is based on the following:
12    1.    In light of the October 4, 2007 merger between Defendant FoxHollow
13 Technologies, Inc. and ev3, Inc., Plaintiffs no longer have standing to bring derivative claims.
14    2.    Notice to shareholders under Rule 23.1 is unnecessary as Plaintiffs have lost
15 standing and FoxHollow is now a wholly owned subsidiary of ev3.

16    In light of this Order, the hearing and the conference currently scheduled for May 19,
   2008 is VACATED.  The Clerk shall close this file.
17

18 Dated: May 14, 2008                    _____
                                          JAMES WARE
19                                        United States District Court

20
21
22
23
24
25
26
27
28

APPROVAL OF PLAINTIFFS' REQUEST TO DISMISS ACTION
CASE NO. C-06-4908 JW RS

416464.02